(103 So. 707)

**Ex parte Lee BIGGS.    (I Div. 363.)**

(Supreme Court of Alabama.    April 16, 1925.)

Certiorari to Court of Appeals.
See, also, 19 Ala. App. 160, 95 So. 908.

Hybart & Hare, of Monroeville, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

THOMAS, J.   Petition of Lee Biggs for certiorari to the Court of Appeals, to review and revise the judgment and decision of that court in the case of Biggs v. State, 103 So. 706.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and BOULDIN, JJ., concur.